No. 9814. In the Matter of the ESTATE OF ANDREW PRESTEGARD, Deceased. STATE BOARD OF EQUALIZATION of the State of Montana, APPELLANT, v. JAMES A. NELSON, Administrator with the will annexed of the ESTATE OF ANDREW PRESTEGARD, Deceased, RESPONDENT.

319 Pac. (2d) 964.

Decided Jan. 9, 1958.

*H. O. Vralsted,* Spec. Asst. Atty. Gen., for appellant.

*James A. Nelson,* Shelby, for respondent.

Per Curiam.

On stipulation of counsel for the respective parties in the above-entitled appeal, it is ordered that this appeal be and it is dismissed with prejudice as fully settled on the merits, each party to pay its or his own costs.

MR. CHIEF JUSTICE HARRISON and MR. JUSTICES CASTLES, ADAIR and ANGSTMAN, concur.

No. 9893. STATE OF MONTANA ex rel. MARIE MARGARET LAURENCE, RELATOR, v. DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF LEWIS AND CLARK, and the HONORABLE VICTOR H. FALL, District Judge, presiding therein, RESPONDENTS.

320 Pac. (2d) 373.

Decided Jan. 23, 1958.

*Skedd, Harris & Massman,* Helena, for relator.

MR. CHIEF JUSTICE HARRISON:

Counsel for relator having filed praecipe requesting that the petition in this matter be dismissed for the reason that the relief sought had been obtained;

It is ordered that the petition filed herein be dismissed.